

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00171-CV

**CITY OF TEAGUE,**

**Appellant**

**v.**

**CITY OF FAIRFIELD,**

**Appellee**

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. CV 18-334-1

## MEMORANDUM OPINION

An "Agreed Motion to Dismiss Appeal" was filed in this appeal on September 22, 2021. In the motion, the parties, the City of Teague and the City of Fairfield, assert that as a result of mediation, they have reached a settlement of the claims that are the subject of this appeal and that a final settlement agreement has been fully approved and formally executed by the appropriate governing bodies of both parties. Accordingly, the parties jointly move the Court to dismiss the appeal as moot.

After consideration of the parties' motion, the Court grants the motion and

dismisses the appeal as moot. *See* TEX. R. APP. P. 42.1(a). There being no agreement as to costs, costs are taxed against appellant, the City of Teague. *Id.* (d).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed September 29, 2021
[CV06]

